UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION,<br><br>                                    Plaintiff,<br>       v.<br>BDJ INVESTMENTS, LLC, et al.<br><br>                                    Defendants. | Case No. 2:16-cv-00866-GMN-PAL<br><br>ORDER |

This matter is before the court on the parties' failure to file a Certificate as to Interested Parties as required by LR 7.1-1.  The Complaint (Dkt. #1) in this matter was filed April 15, 2016.  No answer has been filed.  LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except habeas corpus cases) counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case.  LR 7.1-1(b) further states that if there are no known interested parties other than those participating in the case, a statement to that effect must be filed.  Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires.  To date, the parties have failed to comply.  Accordingly,

**IT IS ORDERED** the parties shall file their certificate of interested parties, which fully complies with LR 7.1-1 **no later than May 23, 2016.**  Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 9th day of May, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1