SUBT
LUIS A. AYON, ESQ.
Nevada Bar No. 9752
AYON LAW, PLLC
9205 West Russell Road
Building 3, Suite 240
Las Vegas, Nevada 89148
Telephone: (702) 600-3200
Facsimile: (702) 447-7936
*E-Mail:* laa@ayonlaw.com
*Attorneys for Defendant BDJ Investments, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET BACK CERTIFICATES SERIES 2005-A8,<br><br>Plaintiff,<br>vs.<br><br>BDJ INVESTMENTS, LLC, a Nevada limited liability company; LONE MOUNTAIN QUARTETTE COMMUNITY ASSOCIATION, a Nevada non-profit company; DOES I through V, inclusive, and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants, | Case No.: 2:16-cv-00866-GMN-PAL<br><br>**MOTION TO SUBSTITUTE ATTORNEYS FOR DEFENDANT 508 BRUNDY ISLAND TRUST** |

Pursuant to FRCP Rule 74(d) and LR IA 11-6(c), Defendant BDJ Investments, LLC ("BDJ") hereby moves this court to substitute counsel. Luis A. Ayon, Esq. lead counsel for Defendant BDJ, formerly of Maier Gutierrez Ayon, PLLC ("MGA Law"), has left MGA Law and has formed AYON LAW, PLLC ("AYON LAW").

Defendant BDJ has chosen to remain with Luis A. Ayon, Esq., and engage AYON LAW for this matter. Defendant BDJ has signed a substitution counsel. *See* Exhibit A. MGA Law has provided Ayon Law the case file and Luis A. Ayon is aware of all the deadlines in this matter.

1

This matter is currently stayed by this honorable court [*see* Docket No. 36], and therefore, discovery and trial deadlines will not be effected by this substitution of counsel. Accordingly, Defendant BDJ requests that this Court grant its motion to substitute counsel of record in this matter.

DATED this 11th day of May, 2017.

AYON LAW, PLLC

/s/ Luis A. Ayon
LUIS A. AYON, ESQ.
Nevada Bar No. 9752
9205 W. Russell Road
Building 3, Suite 240
Las Vegas, Nevada 89148

## ORDER

IT IS HEREBY ORDERED that LUIS A. AYON, ESQ. of the law firm of AYON LAW. PLLC, shall be substituted in place of the law firm MAIER GUTIERREZ AND ASSOCIATES.

Dated this 18th day of May, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing MOTION TO SUBSTITUTE ATTORNEYS FOR DEFENANT 508 BRUNDY TRUST was made on this 11th day of May, 2016, via the Court's CM/ECF system to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

                                                          /s/ *Luis A. Ayon*
                                                   An Employee of Ayon Law, PLLC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

**SUBT**
LUIS A. AYON, ESQ.
Nevada Bar No. 9752
**AYON LAW, PLLC**
9205 West Russell Road
Building 3, Suite 240
Las Vegas, Nevada 89148
Telephone:   (702) 600-3200
Facsimile:   (702) 447-7936
**E-Mail:**   *laa@ayonlaw.com*
*Attorneys for Defendant BDJ Investments, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET BACK CERTIFICATES SERIES 2005-A8,<br><br>Plaintiff,<br><br>vs.<br><br>BDJ INVESTMENTS, LLC, a Nevada limited liability company; LONE MOUNTAIN QUARTETTE COMMUNITY ASSOCIATION, a Nevada non-profit company; DOES I through V, inclusive, and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants, | Case No.: 2:16-cv-00866-GMN-PAL<br><br>**SUBSTITUTION OF ATTORNEYS** |

   LUIS A. AYON, ESQ., of **AYON LAW, PLLC**, is hereby substituted in as the attorneys for Plaintiff, BDJ INVESTMENTS, LLC, in the above-entitled action, in the place and stead of MAIER GUTIERREZ & ASSOCIATES.

_____
BDJ INVESTMENTS, LLC

AYON LAW, PLLC
9205 W. Russell Road,
Building 3, Suite 240
LAS VEGAS, NEVADA 89148
PHONE: (702) 600-3200

1

1    We hereby accept the above and foregoing substitution as attorneys for Plaintiff, BDJ
2    INVESTMENTS, LLC.
3    DATED this  6  day of   May   , 2017.

AYON LAW, PLLC

_____
LUIS A. AYON, ESQ.
Nevada Bar No. 9752
9205 W. Russell Road
Building 3, Suite 240
Las Vegas, Nevada 89148

10   We hereby consent to the above substitution.
11   DATED this  4  day of   May   , 2017.

**MAIER GUTIERREZ & ASSOCIATES**

_____
JASON R. MAIER, ESQ.
Nevada Bar No. 8557
8816 Spanish Ridge Ave
Las Vegas, Nevada 89148