UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, | Case No. 2:16-cv-00866-GMN-PAL |
| Plaintiff, | ORDER |
| v. | (Subst Atty – ECF No. 42) |
| BDJ INVESTMENTS, LLC, et al. | |
| Defendants. | |

This matter is before the court on the Substitution of Attorneys (ECF No. 42). Adam H. Clarkson and Matthew J. McAlonis of The Clarkson Law Group, P.C. seek leave to be substituted in place of Robert S. Larsen of Gordon & Rees LLP for Defendant Lone Mountain Quartette Community Association. LR IA 11-6(c) provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 11-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The Substitution of Attorney (ECF No. 42) is **GRANTED**.

2. Adam H. Clarkson and Matthew J. McAlonis of The Clarkson Group, P.C. Hall Jaffe & Clayton is substituted in the place of Robert S. Larsen of Gordon & Rees LLP for Defendant Lone Mountain Quartette Community Association, subject to the provisions of LR IA 11-6(c) and (d).

DATED this 30th day of May, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE