UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br>v.<br>BDJ INVESTMENTS, LLC, et al.<br><br>Defendants. | Case No. 2:16-cv-00866-GMN-PAL<br><br>**ORDER**<br><br>(Subst Atty – ECF No. 50) |

This matter is before the court on the Substitution of Attorney (ECF No. 50). Dana Jonathon Nitz and Kristine A. O'Quinn of Wright, Finlay & Zak, LLP seek leave to be substituted in the place and stead of Kristin A. Schuler-Hintz and Thomas Beckom of McCarthy & Holthus, LLP for Plaintiff US Bank National Association. LR IA 11-6(c) provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 11-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case." This case is currently administratively stayed.

Having reviewed and considered the matter,

**IT IS ORDERED**:

1. The Substitution of Attorney (ECF Nos. 50) is **GRANTED**.
2. Dana Jonathon Nitz and Kristin A. O'Quinn of Wright, Finlay & Zak, LLP are substituted in the place of Kristin A. Schuler-Hintz and Thomas Beckom of McCarthy

/ / /

/ / /

/ / /

& Holthus, for plaintiff US Bank National Association subject to the provisions of LR IA 11-6(c) and (d).

Dated this 21st day of September, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE