WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Patrick J. Davis, Esq.
Nevada Bar No. 13330
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
pdavis@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association as Trustee, Successor in Interest to Wachovia Bank, National Association for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates Series 2005-A8*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES SERIES 2005-A8;<br><br>Plaintiff,<br><br>vs.<br><br>BDJ INVESTMENTS, LLC, A Nevada Limited Liability Company; LONE MOUNTAIN QUARTETTE COMMUNITY ASSOCIATION, A Nevada Non Profit Company; DOE INDIVIDUALS I-X; and ROE CORPORATIONS XO-XX;<br><br>Defendants. | Case No.: 2:16-cv-00866-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION TO DISMISS**<br><br>**[First Request]** |

U.S. Bank National Association, as trustee, successor in interest to Wachovia Bank, National Association, as trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-A8 by and through its attorneys of record, Edgar C.

Smith, Esq., and Patrick J. Davis, Esq., of the law firm of Wright, Finlay & Zak, LLP, and Defendant Lone Mountain Quartette Community Association by and through its attorneys of record Adam H. Clarkson, Esq. and Matthew J. McAlonis, Esq. of The Clarkson Law Group, P.C. hereby submit this Stipulation and Proposed Order to Extend Deadline to Respond to Motion to Dismiss in accordance with LR IA 6-1.

**The reasons why the Response was not filed as of the original deadline:**

Counsel for U.S. Bank requires further time to fully address the complex legal issues set forth in Lone Mountain's Motion to Dismiss.

**IT IS HEREBY STIPUALTED BY AND BETWEEN THE PARITES** that the deadline currently scheduled for February 1, 2018, be extended until February 8, 2018.

This is the parties first request to extend the deadline. This request is not intended to cause any delay or prejudice to any party.

| | |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | THE CLARKSON LAW GROUP, P.C. |
| *s/ Patrick J. Davis, Esq.*   02/01/2018 | *s/ Matthew J. McAlonis, Esq.,*   02/01/2018 |
| EDGAR C. SMITH, ESQ.<br>Nevada Bar No. 5506<br>PATRICK J. DAVIS, ESQ.<br>Nevada Bar No. 13330<br>*Attorneys for Plaintiff,*<br>*U.S. Bank National Association*<br>*as Trustee, Successor in Interest*<br>*to Wachovia Bank, National Association*<br>*for Merrill Lynch Mortgage Investors Trust,*<br>*Mortgage Loan Asset-Backed Certificates Series 2005-A8* | ADAM H. CLARKSON, ESQ.<br>Nevada Bar No. 10003<br>MATTHEW J. MCALONIS, ESQ.<br>Nevada Bar No. 11203<br>*Attorneys for Defendant,*<br>*Lone Mountain Quartette Cmty. Assoc.* |

**ORDER**

**IT IS SO ORDERED.**

DATED this  2   day of February, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT