LUIS A. AYON, ESQ.
Nevada Bar No. 9752
**AYON LAW, PLLC**
8716 Spanish Ridge Avenue Suite 115
Las Vegas, Nevada 89148
Telephone:    (702) 600-3200
Facsimile:    (702) 447-7936
E-Mail:    laa@ayonlaw.com
*Attorneys for Defendants*
*BDJ Investments, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSETS BACK CERTIFICATES SERIES 2005-A8; <br><br> Plaintiff, <br><br> vs. <br><br> BDJ INVESTMENTS, LLC, a Nevada Limited Liability Company; LONE MOUNTAIN QUARTETTE COMMUNITY ASSOCIATION, A Nevada Non Profit Company; DOE INDIVIDUALS I-X; and ROE CORPORATIONS XO-XX; <br><br> Defendants, | Case No: 2:16-cv-00866-GMN-PAL <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY TO MOTION TO DISMISS [ECF 85 ]** <br><br> **[FIRST REQUEST]** |

    Defendant BDJ Investments, LLC ("BDJ Investments") by and through its attorneys Ayon Law, PLLC;  Plaintiff U.S. Bank National Association as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Assets Back Certificate Series 2205-A-8 ("U.S. Bank") by and through its attorneys Wright, Finlay, & Zak, LLP; hereby stipulate as follows:

    1.  BDJ Investments filed its Motion to Dismiss on November 11, 2018 [ECF No. 85]. U.S. Bank filed its Opposition to the Motion to Dismiss on December 3, 2018. [ECF No. 86].

    2.  The deadline for BDJ Investments Reply to US Bank's Response was due on December10, 2018.  Due to a calendaring error, the parties have agreed to have BDJ

Investments Reply Brief moved to **January 9, 2019.**

3.   This is the first request for an extension and is not made for purposes of undue delay. Counsel for BDJ Investments needs additional time to fully brief this matter necessitating an extension of time.  The Parties have entered into the agreement in good faith and not for purposes of delay.

Dated this 2nd day of January 2019.                Dated this 2nd day of January 2019.

**AYON LAW, PLLC**                                **WRIGHT FINLAY AND ZAK, LLP**


/s/ Luis A. Ayon_____                           /s/Paterno C. Jurani_____
LUIS A. AYON, ESQ.                                 PATERNO C. JURANI, ESQ.
Nevada Bar No. 9752                                Nevada Bar No. 8136
8716 Spanish Ridge Avenue Suite 115                8885 West Sahara Avenue
Las Vegas, Nevada 89148                            Las Vegas, Nevada  89117
*Attorneys for BDJ Investments, LLC*               *Attorneys for U.S. Bank National*
                                                   *Association, as Trustee for Merrill Lynch*
                                                   *Mortgage Investors Trust, Mortgage Loan*
                                                   *Assets Bank Certificates Series 2005-A-8*


## ORDER

**IT IS SO ORDERED:**

**DATED** this _10_ day of January, 2019.         _____
                                                  Gloria M. Navarro, Chief Judge
                                                  UNITED STATES DISTRICT COURT