LUIS A. AYON, ESQ.
Nevada Bar No. 9752
**AYON LAW, PLLC**
8716 Spanish Ridge Avenue Suite 115
Las Vegas, Nevada 89148
Telephone:	(702) 600-3200
Facsimile:	(702) 447-7936
E-Mail*:*	laa@ayonlaw.com
*Attorneys for Defendants*
*BDJ Investments, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSETS BACK CERTIFICATES SERIES 2005-A8;<br><br>Plaintiff,<br><br>vs.<br><br>BDJ INVESTMENTS, LLC, a Nevada Limited Liability Company; LONE MOUNTAIN QUARTETTE COMMUNITY ASSOCIATION, A Nevada Non Profit Company; DOE INDIVIDUALS I-X; and ROE CORPORATIONS XO-XX;<br><br>Defendants, | Case No: 2:16-cv-00866-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE REPLY IN SUPPORT OF ITS MOTION TO DISMISS [ECF NO. 85]**<br><br>**[SECOND REQUEST]** |

Defendant BDJ Investments, LLC ("BDJ") by and through its attorneys of record, AYON LAW, PLLC; and Plaintiff U.S. Bank National Association as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Assets Back Certificate Series 2005-A-8 ("U.S. Bank") by and through its attorneys Wright, Finlay, & Zak, LLP; hereby stipulate as follows:

1.	BDJ filed its Motion to Dismiss on November 11, 2018 [ECF No. 85]. U.S. Bank filed its Opposition to the Motion to Dismiss was on December 3, 2018. [ECF No. 86].

**2.**	The deadline for BDJ to file its Reply to US Bank's Response was due on December10, 2018.

3. The parties have agreed to have BDJ shall have a one-day extension to file its Reply in support of its Motion to Dismiss moved to **January 10, 2019.** BDJ has already filed its Reply in Support of Its Motion to Dismiss yesterday, January 10, 2019.

4. This is BDJ's second request for an extension and is not made for purposes of undue delay. Counsel for BDJ and U.S. Bank have entered into the agreement in good faith and not for purposes of delay.

DATED this 11th day of January 2019.　　　DATED this 11th day of January 2019.

**AYON LAW, PLLC**　　　　　　　　　　　　**WRIGHT FINLAY AND ZAK, LLP**

/s/ *Luis A. Ayon*_____　　　　　　　*/s/Paterno C. Jurani*_____
LUIS A. AYON, ESQ.　　　　　　　　　　　PATERNO C. JURANI, ESQ.
Nevada Bar No. 9752　　　　　　　　　　　Nevada Bar No. 8136
8716 Spanish Ridge Avenue Suite 115　　　　8885 West Sahara Avenue
Las Vegas, Nevada 89148　　　　　　　　　Las Vegas, Nevada 89117
*Attorneys for BDJ Investments, LLC*　　　　*Attorneys for U.S. Bank National Association, as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Assets Bank Certificates Series 2005-A-8*

**ORDER**

**IT IS SO ORDERED:**

DATED this __15__ day of January 2019. _____
　　　　　　　　　　　　　　　　　　　　　GLORIA M. NAVARRO, CHIEF JUDGE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

AYON LAW, PLLC
8716 Spanish Ridge Avenue
SUITE #115
LAS VEGAS, NEVADA 89148
PHONE: (702) 600-3200