WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Paterno C. Jurani, Esq.
Nevada Bar No. 8136
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
pjurani@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset Back Certificates Series 2005-A8*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET BACK CERTIFICATES SERIES 2005-A8;<br><br>Plaintiff,<br><br>vs.<br><br>BDJ INVESTMENTS, LLC, A Nevada Limited Liability Company; LONE MOUNTAIN QUARTETTE COMMUNITY ASSOCIATION, A Nevada Non Profit Company;<br><br>Defendants. | Case No.: 2:16-cv-00866-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF U.S. BANK'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(SECOND REQUEST)** |

Plaintiff, U.S. Bank National Association as trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset Back Certificates Series 2005-A8 ("Plaintiff" or "U.S. Bank") and Defendant, Lone Mountain Quartette Community Association ("Lone Mountain") (collectively, the "Parties"), by and through their undersigned and respective counsel of record, hereby stipulate as follows:

1. Lone Mountain filed its Opposition to U.S. Bank's Motion for Summary Judgment [ECF No. 105] ("Lone Mountain's Opposition") on June 3, 2019;

2. The deadline to file a Reply in response to Lone Mountain's Opposition is June 17, 2019;

3. BDJ Investments, LLC ("BDJ") filed its Response to U.S. Bank's Motion for Summary Judgment [ECF No. 110] ("BDJ's Opposition") on June 4, 2019;

4. The deadline to file a Reply in response to BDJ's Opposition is June 18, 2019.

5. In order to allow U.S. Bank to file one Reply in support of its Motion for Summary Judgment, the Parties have agreed the deadline to file a Reply in response to Lone Mountain's Opposition shall be moved one day, to **June 18, 2019**.

6. This is the second request to extend the deadline for briefing related to motions for summary judgment. Previously, U.S. Bank and BDJ extended the deadline to file responses to their respective motions for summary judgment one day. The Parties have entered into this agreement in good faith and not for purposes of delay or prejudice to any party.

Dated this 11th day of June, 2019.

**WRIGHT, FINLAY & ZAK, LLP**

/s/ Paterno C. Jurani, Esq.
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Paterno C. Jurani, Esq.
Nevada Bar No. 8136
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiff, U.S. Bank National Association as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset Back Certificates Series 2005-A8*

Dated this 11th day of June, 2019.

**THE CLARKSON LAW GROUP, P.C.**

/s/ Matthew J. McAlonis, Esq.
Adam H. Clarkson, Esq.
Nevada Bar No. 10003
Matthew J. McAlonis, Esq.
Nevada Bar No. 11203
John W. Aylor, Esq.
Nevada Bar No. 13448
3230 S. Buffalo Drive, Suite 108
Las Vegas, Nevada 89117
*Attorneys for Defendant, Lone Mountain Quartette Community Association*

## ORDER

**IT IS SO ORDERED**.

DATED this __12__ day of June, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT