WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Brody R. Wight, Esq.
Nevada Bar No. 13615
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
bwight@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset Back Certificates Series 2005-A8*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET BACK CERTIFICATES SERIES 2005-A8;<br><br>Plaintiff,<br><br>vs.<br><br>BDJ INVESTMENTS, LLC, A Nevada Limited Liability Company; LONE MOUNTAIN QUARTETTE COMMUNITY ASSOCIATION, A Nevada Non Profit Company;<br><br>Defendants. | Case No.: 2:16-cv-00866-GMN-BNW<br><br>**NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** |

///

///

///

///

///

## NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL

Plaintiff, U.S. Bank National Association as trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset Back Certificates Series 2005-A8 ("U.S. Bank") by and through its attorney of record of the law firm of Wright, Finlay & Zak, LLP, hereby gives notice that Dana Jonathon Nitz, Esq., Edgar C. Smith, Esq. and Paterno C. Jurani, Esq. are no longer associated with Wright, Finlay & Zak, LLP. Wright Finlay & Zak, LLP, will continue to represent Plaintiff and requests that Christina V. Miller, Esq. and Brody R. Wight, Esq. receive all future notices.

DATED this 13th day of May, 2021

WRIGHT, FINLAY & ZAK, LLP

*/s/ Brody R. Wight, Esq.*
Brody R. Wight, Esq.
Nevada Bar No. 13615
bwight@wrightlegal.net
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff*

## ORDER

**IT IS SO ORDERED**

**DATED:** 1:51 pm, May 18, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**